1  Michael L. Greenwald (FL #0761761), *pro hac vice*
   GREENWALD DAVIDSON RADBIL PLLC
2  7601 N. Federal Highway, Suite A-230
   Boca Raton, Florida 33487
3  Telephone: 561.826.5477
   Facsimile: 561.961.5684
4  E-Mail: mgreenwald@gdrlawfirm.com

5  *Attorneys for Plaintiff Joseph Panvini*

6  Dean R. Brackenridge (IN #18543-49), *pro hac vice*
   Jesse D. Wilson (IN # 25877-29), *pro hac vice*
7  Carly J. Tebelman (IN #34796-49), *pro hac vice*
   FROST BROWN TODD LLC
8  201 N. Illinois Street, Suite 1900
   P.O. Box 44961
9  Indianapolis, Indiana 46244-0961
   Telephone: 317.237.3800
10 Facsimile: 317.237.3900
   E-Mail: dbrackenridge@fbtlaw.com
11         jwilson@fbtlaw.com
           ctbelman@fbtlaw.com
12
   Sheila Carmody (#006831)
13 Rachael Peters Pugel (#032626)
   SNELL & WILMER L.L.P.
14 One Arizona Center
   400 E. Van Buren, Suite 1900
15 Phoenix, Arizona 85004-2202
   Telephone: 602.382.6000
16 Facsimile: 602.382.6070
   E-Mail: scarmody@swlaw.com
17         rpugel@swlaw.com

18 *Attorneys for Defendant Select Home Warranty LLC*

19
20              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF ARIZONA
21

22 | Joseph Panvini, on behalf of himself and others similarly situated, | No. 2:19-cv-00907-SPL |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | (Assigned to Hon. Steven P. Logan) |
| Select Home Warranty LLC, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Joseph Panvini and Defendant Select Home Warranty LLC, by their respective counsel, hereby stipulate to the dismissal of Plaintiff Joseph Panvini's individual claims with prejudice and dismissal of the claims of the putative class members without prejudice, each party to bear their own attorneys' fees and costs.

DATED this 14th day of June, 2019.

| GREENWALD DAVIDSON RADBIL PLLC | FROST BROWN TODD LLC |
|---|---|
| By: *s/ Michael L. Greenwald*<br>Michael L. Greenwald (*pro hac vice*)<br>7601 N. Federal Highway, Suite A-230<br>Boca Raton, FL 33487<br>mgreenwald@gdrlawfirm.com | By: *s/ Dean R. Brackenridge*<br>Dean. R. Brackenridge (*pro hac vice*)<br>Jesse D. Wilson (*pro hac vice*)<br>Carly J. Tebelman (*pro hac vice*)<br>201 North Illinois Street, Suite 1900<br>P.O. Box 44961<br>Indianapolis, IN 46244-0961<br>dbrackenridge@fbtlaw.com<br>jdwilson@fbtlaw.com<br>ctebelman@fbtlaw.com<br><br>SNELL & WILMER L.L.P.<br><br>Sheila Carmody<br>Rachael Peters Pugel<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, Arizona 85004-2202<br>scarmody@swlaw.com<br>rpugel@swlaw.com |