IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Panvini,<br><br>        Plaintiff,<br>vs.<br><br>Select Home Warranty LLC,<br><br>        Defendant. | No. CV-19-00907-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation of Dismissal (Doc. 22) is **granted**;
2. That Joseph Panvini's individual claims are **dismissed with prejudice**;
3. That the claims of the putative class members are **dismissed without prejudice**;
4. That each party shall bear its own costs and attorneys' fees; and
5. That the Clerk of Court shall **terminate** this action.

Dated this 14th day of June, 2019.

                                              Honorable Steven P. Logan<br>
                                              United States District Judge